FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO

FILED
JUN 13 2019
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Antoine Pollard
(Enter above the full name of the plaintiff in this action)

vs.

Armond Budish - Ken Mills
Eric Ivey - Cliff Pinkney

(Enter above the full name of the defendant(s) in this action)

CIVIL CASE NO. 1:19 CV 01362

JUDGE POLSTER
JUDGE MAG. JUDGE GREENBERG

COMPLAINT

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ☐ NO ☒

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

   Plaintiffs _____

   Defendants _____

2. Court (if federal court, name the district; if state court, name the county)

   _____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

-2-

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit_____

7. Approximate date of disposition _____

II. Place of Present Confinement_____

   A. Is there a prisoner grievance procedure in this institution?    YES ☒   NO ☐

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
        YES ☒   NO ☐

   C. If your answer is YES,

      1. What steps did you take?_____

      _____

      2. What was the result?_____

      _____

   D. If your answer is NO, explain why not_____

   _____

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
        YES ☒   NO ☐

   F. If your answer is YES,

      1. What steps did you take?_____

      _____

      2. What was the result?_____

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of the Plaintiff Antoine Pollard
Address Cuyahoga County Corrections Center P.O. Box 5600 Cleveland, Ohio, 44101 #0318180

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants).

B. Defendant Armond Budish is employed as County Executive at 1200 ontario st cleve, ohio, 44113

C. Additional Defendants Eric Ivey-Warden - Cliff Pinkney-Sheriff Ken Mills-Corrections director - 1200 ontario st cleve, ohio, 44113

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. (Attach extra sheet(s) if necessary).

I have Been incarcerated in Cuyahoga County Corrections Center since March-12-2019 and since I've Been here I've had to Endure inhumane living Conditions cruel and unusual Punishment, I've Been denied Medical and Mental health treatment. I have sent several Kites Grievances and spoken with staff only to Be ignored. I was injured By

(Statement of Claim Continued)

Staff when I was involved in a Fight and The Officer on pod 8F pushed the Mandown Button when S.r.t. entered the pod My Back was to them while I was trying to protect Myself and a Officer Grabed Me By the collar and My pants and Slammed Me on My head and after that while I wasnt resisting they pepper sprayed Me and its on camera. Also we have to Breathe in Asbestos, Black Mode and The water has lead in it and the food trays Smell like Feces. Also I have Sent Several Kites to Mental health to Get help with depression But recieved No response and I am denied Medical treatment and Large Muscle recreation. were Always on Red Zone So Im deprived Of Showers and Phone calls to My Family and Lawyers Also theres Bed Bugs in this place and Bugs in the Food This is a cry for help and a plea for Mercy please help Me Before its too late.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes).

I would like to Be Fairly Compensated and I would like to recieve proper Medical and Mental health treatment I would like to Be treated like an american Citizen and Recieve My Just due For Enduring these inhumane living Conditions and Cruel and unusual Punishment.

Signed this  7  day of  June ,20 19.

I declare under penalty of perjury that the foregoing is true and correct.

6-7-19
(Date)

Antoine Pollard
(Signature of Plaintiff)

Mr. Antoine Pollard # 0318180,
C.C.C.- P.O. Box 5600 Jail-I-10-H,
Cleveland, Ohio, 44101.

[postmark: CLEVELAND OH PROC MAIL, MON 10 JUN 2019]

Office of The Clerk,
United States district Courthouse Northern district of OH
Carl B. Stokes United States Courthouse,
801 West Superior Avenue,
Cleveland, OHIO 44113-1830,